**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**ROANOKE DIVISION**

| | | |
|---|---|---|
| CARL CHESTER, JR., | ) | Civil Action No. 7:11-cv-00321 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| UNKNOWN EMPLOYEES OF | ) | |
| FEDERAL BUREAU OF | ) | |
| PRISONS, <u>et al.</u>, | ) | By: Hon. Michael F. Urbanski |
| Defendants. | ) | United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby

**ORDERED**

that plaintiff is **GRANTED** leave to proceed <u>in forma pauperis</u>; plaintiff's complaint is **DISMISSED without prejudice** for failing to state a claim upon which relief may be granted, pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(ii) and 1915A(b)(1); and the action is **STRICKEN** from the active docket of the court. Plaintiff may refile his claims in a new and separate action at the time of his choice.

The Clerk is directed to send a copy of this order and the accompanying memorandum opinion to plaintiff.

Entered: July 18, 2011

*/s/ Michael F. Urbanski*

Michael F. Urbanski
United States District Judge